UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRANT JOSEPH VAHOVICK,

        Plaintiff,

v.

JILL DUFRENE, et al.,

        Defendants.
_____/

Case No. 2:25-cv-11372

Honorable Susan K. DeClercq
United States District Judge

Honorable Elizabeth A. Stafford
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 22), GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 11), GRANTING THE DEFENDANTS' MOTION TO DISMISS (ECF No. 16), AND DISMISSING THE CASE**

On October 24, 2025, Magistrate Judge Elizabeth A. Stafford issued a report, ECF No. 22, recommending that this Court grant Defendant Trisha Masker and Defendant Jill Dufrene's motion for summary judgment, ECF No. 11, and dismiss Plaintiff Grant Joseph Vahovick's claims against them without prejudice for failure to exhaust administrative remedies through the prisoner grievance process. ECF No. 22 at PageID.147–50, 152. Judge Stafford further recommended that this Court grant Defendants Sunhwa Choi[1] and Tracy Robertson's motion to dismiss or alternative motion for summary judgment, ECF No. 16, with prejudice for failure to show that

---

[1] Defendant Choi's name is misspelled on the docket as "Chol Suhawa." But Choi makes clear that the correct spelling is "Sunhwa Choi." ECF No. 16 at PageID.83.

either Defendant was personally involved in the allegations Plaintiff raises. ECF No. 22 at PageID.152.

Judge Stafford provided 14 days to object. *Id.* at PageID.153. But the Parties did not do so. They have therefore forfeited their right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation, this Court will adopt the recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 22, is **ADOPTED**.

It is further **ORDERED** that Defendants Dufrene and Masker's Motion for Summary Judgment, ECF No. 11, is **GRANTED**, and these claims are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that Defendants Choi ["Suhawa"] and Robertson's Motion to Dismiss/Summary Judgment, ECF No. 16, is **GRANTED**, and these claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:  November 18, 2025